```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                    FORT PIERCE DIVISION
                CASE NO. 13-14003-TP-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

PEDRO A. VILLEGAS,

        Defendant.
_____/

### ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on February 18, 2015.

Magistrate Judge Frank J. Lynch, held a Evidentiary Hearing on June 8, 2015. A Report and Recommendation filed on June 8, 2015 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19$^h$ day of June, 2015.

                                            /s/ Donald L. Graham
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Courtney L. Coker, AUSA
        Panayotta Augustin-Birch, AFPD
        U. S. Probation
```