UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14003-T/P-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO A. VILLEGAS,

    Defendant.
_____/



FILED by _____ D.C.

SEP -9 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO CERTAIN VIOLATIONS AS SET FORTH IN THE PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a preliminary hearing and final evidentiary hearing on September 9, 2016, in respect to the pending Petition Alleging Violations of Supervised Release and this Court having convened a hearing, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on September 9, 2016 for a preliminary hearing and final evidentiary hearing in respect to the Petition Alleging Violations of Supervised Release alleging the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Special Condition**, by failing to participate in an approved treatment program. On or about August 8, 2016, the defendant was unsuccessfully discharged by the Drug Abuse Foundation. |
| **Violation Number 2** | **Violation of Special Condition**, by failing to participate in the Residential Re-entry Center. On or about August 12, 2016, the defendant was unsuccessfully discharged from the Residential Re-entry Center for absconding. |
| **Violation Number 3** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about August 9, 2016 in Palm Beach County, Florida, |

|  |  |
|---|---|
|  | the defendant did commit the offense of possession of drug paraphernalia, contrary to Florida Statute 893.147(1). |
| **Violation Number 4** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about August 9, 2016 in Palm Beach County, Florida, the defendant did commit the offense of alcohol possession/open container, in violation of City Ordinance 113.02. |
| **Violation Number 5** | **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. On or about August 12, 2016, the defendant moved from his approved residence at the Salvation Army Reentry Center, West Palm Beach, Florida, and his whereabouts is unknown. |

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violations Numbers 1, 2 and 5 as set forth in the Petition. The government announced that it agreed to dismiss Violations Numbers 3 and 4 of the Petition. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. Counsel for parties agreed that the Court could take judicial notice of the facts set forth in the Petition Alleging Violations of Supervised Release and the Memorandum from USPO Marisa Barwig to Judge Graham dated August 18, 2016. Therefore, this Court did take judicial notice of the facts set forth in that Memorandum and

2

finds that it sets forth a sufficient factual basis to support the Defendant's admissions to Violations Numbers 1, 2 and 5 as set forth in the Petition.

4.  The possible maximum penalties which the Defendant was facing were read into the record by the government and the Defendant stated that he understood those penalties.

**ACCORDINGLY**, based upon the Defendant's admissions to Violations Numbers 1, 2 and 5 of the Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violations Numbers 1, 2 and 5 as set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this _9th_ day of September, 2016, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

3

Copies furnished:
Hon. Donald L. Graham
AUSA Marton Gyires
AFPD Fletcher Peacock
U. S. Probation (USPO Barwig)
U. S. Marshal